IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FITNESS ANYWHERE LLC<br><br>    Plaintiff,<br><br>v.<br><br>HOTBUY88 STORE, et al.<br><br>    Defendants. | Case No. 20-cv-04916<br><br>**Judge John J. Tharp, Jr.**<br><br>**Magistrate Judge Jeffrey I. Cummings** |

**PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT AND DEFAULT JUDGMENT AGAINST THE DEFENDANTS IDENTIFIED ON SCHEDULE A, WITH THE EXCEPTION OF DEFENDANT KLFY**

    Plaintiff Fitness Anywhere LLC ("TRX" or "Plaintiff"), by its counsel, moves this Honorable Court to enter Default and Default Judgment against the Defendants identified on Schedule A, with the exception of Defendant klfy. In support of this Motion, TRX submits the accompanying Memorandum and a further Declaration of Justin R. Gaudio.

Dated this 22nd day of October 2020.　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　/s/ Justin R. Gaudio
　　　　　　　　　　　　　　　　　　　Amy C. Ziegler
　　　　　　　　　　　　　　　　　　　Justin R. Gaudio
　　　　　　　　　　　　　　　　　　　Jake M. Christensen
　　　　　　　　　　　　　　　　　　　Martin F. Trainor
　　　　　　　　　　　　　　　　　　　Greer, Burns & Crain, Ltd.
　　　　　　　　　　　　　　　　　　　300 South Wacker Drive, Suite 2500
　　　　　　　　　　　　　　　　　　　Chicago, Illinois 60606
　　　　　　　　　　　　　　　　　　　312.360.0080
　　　　　　　　　　　　　　　　　　　312.360.9315 (facsimile)
　　　　　　　　　　　　　　　　　　　aziegler@gbc.law
　　　　　　　　　　　　　　　　　　　jgaudio@gbc.law
　　　　　　　　　　　　　　　　　　　jchristensen@gbc.law
　　　　　　　　　　　　　　　　　　　mtrainor@gbc.law

　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff Fitness Anywhere LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd day of October 2020, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, I will electronically publish the documents on a website and I will send an e-mail to the e-mail addresses identified in Exhibit 2 to the Declaration of Mike Zuercher and any e-mail addresses provided for Defendants by third parties that includes a link to said website.

/s/ Justin R. Gaudio
Amy C. Ziegler
Justin R. Gaudio
Jake M. Christensen
Martin F. Trainor
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
jchristensen@gbc.law
mtrainor@gbc.law

*Counsel for Plaintiff Fitness Anywhere LLC*