IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FITNESS ANYWHERE LLC<br><br>　　　　　Plaintiff,<br><br>v.<br><br>HOTBUY88 STORE, et al.<br><br>　　　　　Defendants. | Case No. 20-cv-04916<br><br>**Judge John J. Tharp, Jr.**<br><br>**Magistrate Judge Jeffrey I. Cummings** |

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Fitness Anywhere LLC ("TRX" or "Plaintiff") hereby dismisses this action, with prejudice as to the following Defendants:

| Defendant Name | Line No. |
|---|---|
| XC Keep Moving Keep Fit Store | 4 |
| cb dropshipping store | 19 |
| Klfy | 59 |
| DeSheng.Z | 63 |

Dated this 13th day of November 2020.

Respectfully submitted,

/s/ Jake M. Christensen
Amy C. Ziegler
Justin R. Gaudio
Jake M. Christensen
Martin F. Trainor
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
jchristensen@gbc.law
mtrainor@gbc.law

*Counsel for Plaintiff Fitness Anywhere LLC*