**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| FITNESS ANYWHERE LLC<br><br>      Plaintiff,<br><br>v.<br><br>HOTBUY88 STORE, et al.<br><br>      Defendants. | Case No. 20-cv-04916<br><br>**Judge John J. Tharp, Jr.**<br><br>**Magistrate Judge Jeffrey I. Cummings** |

<u>**SATISFACTION OF JUDGMENT**</u>

WHEREAS, a judgment was entered in the above action on October 23, 2020 [46], in favor of Plaintiff Fitness Anywhere LLC ("Plaintiff") and against the Defendants Identified in Schedule A in the amount detailed in the chart below ("Judgment Amount"), and Plaintiff acknowledges payment of an agreed upon damages amount, costs, and interest and desires to release this judgment and hereby fully and completely satisfy the same as to the following Defendant:

| Defendant Name | Judgment Amount | Line No. |
|---|---|---|
| workforcustomer | $14,055 | 61 |

THEREFORE, full and complete satisfaction of said judgment as to the above-referenced Defendant is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated this 13th day of November 2020.    Respectfully submitted,

/s/ Jake M. Christensen
Amy C. Ziegler
Justin R. Gaudio
Jake M. Christensen
Martin F. Trainor
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
jchristensen@gbc.law
mtrainor@gbc.law


*Counsel for Plaintiff Fitness Anywhere LLC*